AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boone, Stanley A. | United States District Court- Eastern District of California | 05/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

2500 Tulare Street, Suite 1501
Fresno, CA 93721

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boone, Stanley A. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 6/13-8/13 | SJC Law/SchoolAdjunct Professor of Law | $2,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▒▒▒▒▒▒ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boone, Stanley A. | 05/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Visa | Revolving Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boone, Stanley A. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds | A | Interest | K | T | | | | | |
| 2. Walt Disney Common Stock | A | Dividend | J | T | | | | | |
| 3. Citigroup Inc Common Stock | A | Dividend | J | T | | | | | |
| 4. Gen America Finanical Life Insuruance (Whole) | | None | J | T | | | | | |
| 5. Family Farm (16.33%) Interest in Rice Farming Butte Cnty, CA | D | Distribution | M | W | | | | | |
| 6. Citadel Broadcasting Corp Common Stock | | None | J | T | | | | | |
| 7. CALSTRS Retirement Fund (Defined Contribut)( ) | C | Interest | L | T | | | | | |
| 8. VCSP College America, Capital World Growth & Income-529 | A | Interest | J | T | | | | | |
| 9. VCSP Coll. America, Cap. World Growth & Inc-(Actt #1)-529 | A | Interest | J | T | | | | | |
| 10. VCSP Coll. America, Cap. Wrld Growth & Inc- (Acct #2)-529 | A | Interest | J | T | | | | | |
| 11. CB & T C/F 403B New Perspective Fund (Defined Contrib #1) | A | Interest | J | T | | | | | |
| 12. CB & T C/F 403B (Defined Contrib #2) | A | Interest | J | T | | | | | |
| 13. Estate Real Property located in Elverta, CA (Executor) | A | Distribution | | | Sold | 06/04/13 | N | G | Roger & Carly Williams |
| 14. Estate CD at Commonwealth (Executor) | A | Interest | J | T | | | | | |
| 15. Estate Note Payable for RP in North Highlands, CA (Executor) | | None | J | W | | | | | |
| 16. Estate Personal Property (4 Hummels, records, etc.) | | None | J | W | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boone, Stanley A. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As to my Executor status: the person passed away on March 27, 2013. Per the will, I have been named her Executor. The person was a relative. Prior to that time, I was the Power of Attorney from November 2012 to the death in March 2013. From that time until now, I (along with my wife) have been trying to determine the valuable estate assets. The only real assets appears to be real property: real property located in Elverta, California and a note payable on a piece of real property in North Highlands, CA. The Elverta, CA property was sold in June 2013 for a profit of $162,000 ($319,473.18 sales price) which was distributed to the beneficiaries. No executor fees have yet been taken on this transaction. The North Highlands note payable was on property previously owned by the decedent for which the decedent was carrying back the paper for the buyer. This note will now be paid off by the buyers in December 2014. The remaining assets from the estate to be distrbuited total $8,000 in a checking account and approximately $6,600.00 in a money market account that I am in process of coverting to the trust for distribution to the beneficiaries after taxes, executor fees and attorney's fees have been paid. The estate should be completely liquidated by December 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Boone, Stanley A. | 05/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stanley A. Boone**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544